UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE ANNINGTON FUNDING PLC, ET
AL.,

                    Petitioners.

26-mc-0061 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The petitioners should serve a copy of the application and supporting papers on the respondents: Houlihan Lokey, Inc., Jeffery Dorst, D.E. Shaw & Co., L.P., Sona Asset Management (US) LLC, Centerbridge Partners, L.P., Goldman Sachs & Co., BNP Paribas, and J.P. Morgan Chase & Co.

The papers shall be served by **February 26, 2026** and proof of service filed by **March 2, 2026.** The respondents shall respond to the application by **March 9, 2026.** The petitioner may reply by **March 13, 2026.**

SO ORDERED.
Dated:    New York, New York
          February 24, 2026

                                        John G. Koeltl
                                United States District Judge