UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**IN RE APPLICATION OF ANNINGTON FUNDING PLC, ANNINGTON LIMITED, ANNINGTON PROPERTY LIMITED, AND ANNINGTON HOMES LIMITED, PETITIONERS, FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO OBTAIN DISCOVERY**

**26-mc-61 (JGK)**

**Order**

---

**John G. Koeltl, District Judge:**

By **Friday, July 31, 2026**, the parties are directed to advise the Court whether this matter should be closed on the Court's docket.

**SO ORDERED.**

**Dated:** **New York, New York**
**July 28, 2026**

**John G. Koeltl**
**United States District Judge**